**FILED**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT ARKANSAS**

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

OCT 05 2023

TAMMY H. DOWNS, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____4_____ DIVISION

BY: _____ DEP CLERK

CASE NO. **21ACR-23-82-4**
4:23-cv-00942-LPR-JTR

Jury Trial: ☐ Yes ☑ No
(Check One)

I. Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: **Marceese Watkins**
ADC # **156854**

Address: **P.O. Box 970 Marianna Ar 72360**

Name of plaintiff: _____
ADC # _____

Address: _____

This case assigned to District Judge **Rudofsky**
and to Magistrate Judge **Ray**

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: **Sergant Delaney I.D.# 47503**

Position: **Sergant (SGT.)**

Place of employment: **Arkansas Department of Correction (ORCU)**

Address: **ORCU P.O. Box 1630 Malvern AR 72104-1475**

Name of defendant: **Arkansas Department of Correction**

Position: **Malvern ORCU**

-4-

Place of employment: Malvern ORCU

Address: P.O. Box 1630 Malvern AR 72104-1475

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

☑ official capacity only
☐ personal capacity only
☐ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___  No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

  ☐ Court (if federal court, name the district; if state court, name the county):

   _____

  ☐ Docket Number: _____

  ☐ Name of judge to whom case was assigned: _____

  ☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

  ☐ Approximate date of filing lawsuit: _____

  ☐ Approximate date of disposition: _____

IV. Place of present confinement: __EARU P.O. BOX 970 Marianna AR 72360__

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

 _____ in jail and still awaiting trial on pending criminal charges

 _____ serving a sentence as a result of a judgment of conviction

 __✓__ in jail for other reasons (e.g., alleged probation violation, etc.)
  explain: _____

 _____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

 A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

  Yes __✓__ No _____

 B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

-6-

Yes ✓   No ____

If not, why? _____

_____

VII.  Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

May 22, 2023, I was sent to ORCU in Malvern AR, 72104-1475 were I didn't receive any Medical or Mental Health Assistance in the 72 hour. It took Ten (10) days for Me to see Medical even though I filled out serval Medical requests concerning my head injuries from being beat by officers. On June 05, 2023 I filled out grievances containing the situation when I was beat And to the concern of not being able to see Medical and the grievances was signed and dated by SGT. Delaney I.D number 47503 but for some reason the grievances didn't get turned in by sergent Delaney but I have copies.

-7-

VIII. Relief

<u>State briefly exactly what you want the court to do for you.</u> Make no legal arguments. Cite no cases or statutes.

I want the courts to punish APC and the officer that destroyed documentation, I also want to receive 1 million dollars for mental and emotional injuries.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 1st day of October, 2023.

Marceese Watkins

Signature(s) of plaintiff(s)

-8-

Murceese Watkins # 156854
P.O. Box 970
Marianna AR, 72360

legal mail

MEMPHIS TN 380
2 OCT 2023 PM 2   FOREVER
Barn Swallow

Pro Se Clerk
600 West Capitol Avenue, Room A149
Little Rock, AR 72201

72201-339919